UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

LUKE MYERS,

v.                                                                   Case No. 25-2020

PAPA TEXAS, LLC, *et al*.

**APPELLANT'S UNOPPOSED MOTION TO EXTEND DEADLINE FOR SUBMISSION OF ITS REPLY BRIEF**

COMES NOW, Appellant Papa Texas, LLC. ("Papa Texas"), by and through its counsel of record, ADAMS+CROW LAW FIRM (Samantha M. Adams and Mareike K. Bandy), and, pursuant to 10th Cir. R. 27.6, hereby respectfully moves the Court for an Order extending the deadline by two weeks for submission of its reply brief from September 8, 2025 to September 22, 2025. The Parties have worked cooperatively to give each other extensions and accommodations in this briefing cycle. Appellee consents to the extension and, therefore, the Motion is ripe for decision. In further support of this Motion, Papa Texas states:

1. This Appeal was docketed on March 3, 2025. Doc. 1-2.

2. Papa Texas filed its opening brief on July 2, 2025, and Plaintiff-Appellee filed his response on August 18, 2025. Doc. 36.

3. In the week from August 18, 2025 through August 25, 2025, counsel for Papa Texas had five (5) briefs due in the case of *Dominique Romero-Valdez v. Parnall Law Firm, LLC*, in the United States District Court for the District of New Mexico, Case No.

1:23-CV-01084-LF-GJF. This case took priority because the briefing deadline had already previously been extended.

4. Then, in the week from August 25, 2025 to August 29, 2025, counsel for Papa Texas was required to prepare for an all pending motions hearing in *Jennings v. Coury*, in the Eleventh Judicial District Court, County of San Juan, State of New Mexico, Case No. D-1116-CV-2024-00584-6. This case took priority because the hearing had already previously been rescheduled.

5. On and before the Labor Day weekend, counsel for Papa Texas were additionally traveling for pre-planned vacations and to visit parents living overseas.

6. Additionally, counsel for Papa Texas is currently preparing to testify as a witness in a criminal trial (*State of New Mexico v. John Karl O'Brien*, County of Cibola, State of New Mexico, Case No. D-1333-CR-2024-00028) in which a violent person claiming to have a gun, breached the offices of ADAMS+CROW LAW FIRM, threatened staff, and then went on to threaten a judge in Cibola County with an axe before being apprehended. The trial is scheduled for the week of September 8-12, 2025, with witness testimony by Counsel Adams expected to take place on September 8, 9 or 10, 2025. Preparation for this trial took priority because it concerns the safety of counsel and employees of ADAMS+CROW LAW FIRM.

7. This is the first request for a briefing extension made by Papa Texas for this reply brief. Papa Texas was granted an extension of time for its opening brief, and Plaintiff-Appellee was likewise granted an extension of time for his response brief.

8. The requested extension does not exceed 30 days from the previous due date.

WHEREFORE, Papa Texas respectfully requests that the Court enter an Order extending the deadline for submission of appellants' reply brief until September 22, 2025.

Respectfully submitted,

ADAMS+CROW LAW FIRM

By: */s/ Mareike K. Bandy*
    Samantha M. Adams
    Mareike. K Bandy
    5051 Journal Center Blvd. NE, Suite 320
    Albuquerque, New Mexico   87109
    Tel:  (505) 582-2819 / Fax: (505) 212-0439
    sam@adamscrow.com
    mareike@adamscrow.com
    *Attorneys for Papa Texas, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Extend was electronically filed through the CM/ECF system on the 4th day of September 2025, which caused all counsel of record to be served via electronic means, as more fully reflected on the Notice of Electronic Filing.

    */s/ Mareike K. Bandy*
    Mareike K. Bandy